UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>BALDWIN PARK UNIFIED SCHOOL DISTRICT, BALDWIN PARK UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT, RENE TRUJILLO, DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No: 2:16-CV-07869<br>(Complaint filed on October 21, 2016)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER**<br><br>Trial Date: November 28, 2017 |

TO ALL PARTIES OF RECORD:

Having reviewed the stipulation by counsel for Plaintiff CASS GARCIA, and counsel for Defendant BALDWIN PARK UNIFIED SCHOOL DISTRICT and finding

-1-

good cause, the Honorable Andrew J. Wistrich makes the following order:  The parties' stipulation is adopted by the court.

_____

**IT IS SO ORDERED.**

DATED:  October 23, 2017                                          _____
                                                                                    Honorable Magistrate Judge
                                                                                    Andrew J. Wistrich